IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHNNY LEE BROWN**                                                                 **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 3:15-CV-686-HTW-LRA**

**MIKE LEE, SHERIFF, ET AL.**                                                      **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 8] of United States Magistrate Judge Linda Anderson, which recommends that this court deny plaintiff's motion to proceed in forma pauperis because the plaintiff has sufficient funds to pay for the filing fee.  Plaintiff has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The plaintiff's petition for leave to proceed in forma pauperis [docket no. 3] is denied.  The Magistrate Judge provided until February 11, 2016, to pay his filing fee, but he did not do so within that allotted time.  This court directs the plaintiff to pay his filing fee within ten (10) days of receipt of this order.  If plaintiff fails to pay the filing fee, his case shall be dismissed.

**SO ORDERED, THIS THE 26th DAY OF FEBRUARY, 2016.**

                                             **s/ HENRY T. WINGATE**
                                             **UNITED STATES DISTRICT JUDGE**